THE HACKENSACK TRUST CO., respondent,

*v.*

EDWARD M. HART, appellant.

[Argued May 24th, 1948.   Decided September 3d, 1948.]

*Messrs. Major & Carlsen,* for the appellant.

*Messrs. Wurts & Plympton,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Grimshaw, and reported at *141 N. J. Eq. 96.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, WACHENFELD, JACOBS, WELLS, FREUND, McLEAN, JJ.   8.

*For reversal*—HEHER, COLIE, EASTWOOD, BURLING, DILL, SCHETTINO, JJ.   6.